**WINKLER CONSTRUCTION CO., INC., a Missouri corporation, Linus Winkler and Arthur Winiler d/b/a Winkler Brothers-Carpenters, a partnership, Respondents,**

v.

**Luella MUSSO and Mary Ellen Musso, Appellants.**

**No. 45998.**

Missouri Court of Appeals, Eastern District, Division Three.

June 21, 1983.

Stephen N. Limbaugh, Cape Girardeau, for appellants.

---

1. In fact, the court specifically noted this evidence in its findings.

Kim R. Moore, Perryville, for respondents.

## ORDER

**PER CURIAM:**

Defendants appeal a judgment in the amount of $14,192.84 plus interest from March 26, 1977. Plaintiff was entitled to interest from January 4, 1979. Therefore, the judgment is modified accordingly. In all other respects the judgment is affirmed.

Judgment affirmed as modified. Rule 84.16(b).